# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

J COURT

CR 26-156

Petty ☐   Misdemeanor ☐   Felony ✓   USAO No.:_____   Case No. CR 26-156

Charging Document: **Indictment**_____   No. of Defendants: _1_   Total No. of Counts: _30_   Sealed: Y ✓

Forfeiture: Y ✓   HSTF: Y ☐   McGirt: Y ☐   Warrant ✓   Summons ☐   Notice ☐   N ☐
N ☐   N ✓   N ✓   Companion Case No. (if any):_____

**DEFENDANT INFORMATION:**   By: **lg**_____

| | |
|---|---|
| Name: **Matthew McLain Veazey** | APR 0 7 2026 |

| Alias(es): | Address: |
|---|---|
| | FBI No.: |

| DOB: XX/XX/1990 | SSN: XXX-XX-8646 | Race: White | Interpreter: Y ☐   N ✓ |
|---|---|---|---|
| Sex:  M ✓  F ☐ | Juvenile: Y ☐   N ✓ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

| | |
|---|---|
| ✓ Not in Custody    ✓ Detention Requested | Complaint:   Y ☐   N ✓ |
| ☐ Type of Bond:_____ | Magistrate Judge Case No.: MJ- |
| ☐ In Custody at:_____ | |
| Inmate/Prisoner/Register No.:_____ | Previously Detained:   Y ☐   N ✓ |

**ATTORNEY/AGENCY INFORMATION:**

| ☐ Public Defender | Name:_____ | AUSA: Jackson Eldridge_____ |
|---|---|---|
| ☐ CJA Panel | Address:_____ | Agent /Agency:  FBI_____ |
| ☐ Retained | Phone:_____ | Agent Contact Info:_____ |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1-21 | 18 U.S.C. § 1343 | Wire Fraud | NMT 20 years imprisonment, NMT $250,000.00 fine, o/b; NMT 3 years S/R; $100.00 S/A. |
| 22-26 | 18 U.S.C. § 1957(a) | Money Laundering | NMT 10 years imprisonment, NMT $250,000.00 fine, o/b; NMT 3 years S/R; $100.00 S/A. |
| 27-30 | 18 U.S.C. § 1028A | Aggravated Identity Theft | 2 years imprisonment consecutive to any other sentence imposed. |
| Forfeiture Allegations | 18 U.S.C. § 981(a)(1)(C) 28 U.S.C. § 2461(c) | Criminal Forfeiture | |

**Signature of AUSA:** s/Jackson D. Eldridge_____   **Date:** 04/07/2026_____

10/25