# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| United States of America, | ) | |
| v. | ) | |
| | ) | Case No. CR-26-156-J |
| | ) | |
| Matthew McLain Veazey | ) | |
| *Defendant* | | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

*MV* (X) (1)  The defendant must not violate federal, state, or local law while on release.

*MV* (X) (2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

*MV* (X) (3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

*MV* (X) (4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at _____
                                                                                        *Place*

on _____
                                                 *Date and Time*

If blank, defendant will be notified of next appearance.

*MV* (X) (5)  The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( )  (6)  The defendant is placed in the custody of:

Person or organization: _____

Address *(only if above is an organization)*: _____

City and State: _____  Tel. No.: _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.


_____          _____
*Custodian*                                              *Date*


(X)  (7)  The defendant must:

(X)  (a)  submit to supervision by and report for supervision to the _USPO Katie Massey_ ,
telephone number _405-609-5840_ , no later than _Noon the following business day._ .

( )  (b)  continue or actively seek employment. OR

( )  (c)  continue or start an education program.

(X)  (d)  surrender any passport to: _USPO, Western District of Oklahoma no later than noon the following business day_ .

(X)  (e)  not obtain a passport or other international travel document.

( )  (f)  abide by the following restrictions on personal association, residence, or travel: _Travel restricted to the_
_Western District of Oklahoma for court purposes only, unless pre-approved by USPO_ .

( )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
_____.

( )  (h)  get medical or psychiatric treatment: _as directed by USPO_ _____
_____.

( )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
_____.

( )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

(X)  (k)  not possess a firearm, destructive device, or other weapon.

(X)  (l)  not use alcohol ( ) at all (X) excessively.

( )  (m)  not use or unlawfully possess a narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( )  (n)  submit to testing for prohibited substances, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The Defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.

( )  (o)  participate in a program of inpatient or outpatient substance abuse use treatment, if directed by the pretrial services office or supervising officer.

## ADDITIONAL CONDITIONS OF RELEASE

( ) (p)  participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.
    ( ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services office or supervising officer.

( ) (q)  participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

    i. Following the location restriction component (**check one**):
      ( ) (1) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or.
      ( ) (2) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court' or essential activities approved in advance by the pretrial services office or supervising officer; or
      ( ) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or
      ( ) (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

    ii. submit to the following location monitoring technology (**check one**):
      ( ) (1) **Location monitoring technology** as directed by the pretrial services or supervising officer; or
      ( ) (2) **GPS;** or
      ( ) (3) **Radio Frequency;** or
      ( ) (4) **Voice Recognition;** or
      ( ) (5) **Virtual Mobile Application.** You must allow the pretrial services or supervising officer o conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

    iii. ( ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

*hv* (X) (r)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ) (s)  contribute to the cost of treatment services renders (co-payment) in an amount to be determined by the pretrial services office or supervising officer, based on the defendant's ability to pay.

*hv* (X) (t)  notify all employer of the pending federal charge when employed in a fiduciary capacity and at the direction of pretrial services and grant pretrial services permission to verify employers' notification.

( ) (u)  residence must be pre-approved by pretrial services.

( ) (v)  _____
    _____

( ) (w)  _____
    _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both. A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

### Directions to the United States Marshal

(X) The defendant is **ORDERED** released after processing.

( ) The United States marshal is **ORDERED** to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for

( ) Delayed Release: _____

_____4/9/2026_____          _____
Date                                  Judicial Officer's Signature

                                      _____
                                      Amanda L. Maxfield, U.S. Magistrate Judge
                                      Printed name and title