# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **NOTICE OF HEARING** |
| vs. | |
| **Matthew McLain Veazey** | |
| **INTERPRETER-** | **CASE NO. CR-26-156-J** |
| *On Bond* | |

TYPE OF CASE:

☐ **CIVIL**    ☒ **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| William J. Holloway Jr. United States Courthouse 200 N.W. 4th Street Oklahoma City, OK  73102 | **Courtroom No. 101** |
| | DATE AND TIME: |
| | **Wednesday, June 10, 2026 @ 3:00 p.m.** |
| TYPE OF PROCEEDING: | |
| **ARRAIGNMENT** | |

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse 200 N.W. 4th Street Oklahoma City, OK  73102 | | |

**CHRIS M. STEPHENS**

U.S. MAGISTRATE JUDGE

**6/2/2026**

Date

**s/Andrea Caster**

(By) Deputy Clerk